**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELVIN MARINKOVIC, | ) | CASE NO. 1:19CV1710 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| CANDICE HAZELWOOD, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, Defendant's Motion for Summary Judgment (Doc. No. 80) is GRANTED and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 86) is DENIED.

IT IS SO ORDERED.

Date: March 26, 2021
*s/Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge